IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CALVIN BERNARD HAMBRICK,

   Plaintiff,

    v.

FULTON COUNTY, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-1152-TWT

**ORDER**

This is a pro se prisoner civil rights action seeking to set aside the Plaintiff's conviction for rape eighteen years ago. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the case be dismissed on the merits as frivolous. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of June, 2014.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge

T:\ORDERS\14\Hambrick\r&r.wpd